No. 80–6575. WILLIAMS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6577. CURRY *v.* STATE BAR OF WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–6588. EVANS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6592. ROSS *v.* BROWN, ATTORNEY GENERAL OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 80–6598. ROSS *v.* DENTON. C. A. 6th Cir. Certiorari denied.

No. 80–6617. WHYTE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–6630. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6648. STEFFEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6669. WEEKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6679. CORBITT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6690. DAVIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6695. BENTLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6706. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.